STATE of Missouri, Respondent,

v.

John CULPEPPER, Appellant.

No. ED 82029.

Missouri Court of Appeals,
Eastern District,
Division Four.

March 2, 2004.

Craig A. Johnston, Assistant State Public Defender, Columbia, MO, for appellant.

Shaun J. Mackelprang, Assistant Attorney General, Jefferson City, MO, for respondent.

Before BOOKER T. SHAW, P.J., LAWRENCE G. CRAHAN, J., and PATRICIA L. COHEN, J.

## *ORDER*

PER CURIAM.

John Culpepper, ("Defendant") appeals the judgment of the Circuit Court of Franklin County entered after a jury found him guilty of selling a controlled substance. Defendant contends that the

trial court erred when it: (1) allowed a detective to testify that he was the "head of the narcotics division for the Sheriff's department" and that he was "familiar" with the Defendant, and (2) failed to *sua sponte* declare a mistrial following an officer's testimony describing information derived from confidential informants.

We have reviewed the briefs of the parties and the record on appeal and find no plain error. *State v. Stewart*, 17 S.W.3d 162, 166 (Mo.App. E.D.2000). An extended opinion would have no precedential value. We have, however, provided a memorandum opinion only for the use of the parties setting forth the reasons for our decision.

We affirm the award pursuant to Rule 30.25(b).